IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SU SEND CHANG TRAN; VANG VAN TRAN; CHIH CHIEH CHANG,<br><br>        Plaintiffs,<br><br>   vs.<br><br>FOOD PLANNING SERVICE HAWAII INC. dba SWEET HOME CAFÉ; FOOD PLANNING WAIKIKI INC. dba ALOHA HOT POT and SWEET HOME CAFÉ WAIKIKI; KEVIN KINERNEY; TORU YAMAMOTO; OKUDA TSUYOSHI; JOHN DOES 1-10; DOE ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO. 18-00327 JAO-RLP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on March 18, 2019 and served on all parties on March 19, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss This Action Without Prejudice," ECF No. 16, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:   Honolulu, Hawaiʻi, April 4, 2019.

/s/ Jill A. Otake
Jill A. Otake
United States District Judge

CIVIL NO. 18-00327 JAO-RLP; *Tran v. Food Planning Service Hawaii Inc., et al.*; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION