AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| SU SEND CHANG TRAN; VANG VAN TRAN; CHIH CHIEH CHANG<br><br>Plaintiffs,<br><br>V.<br><br>FOOD PLANNING SERVICE HAWAII INC. dba SWEET HOME CAFÉ; FOOD PLANNING WAIKIKI INC. dba ALOHA HOT POT and SWEET HOME CAFÉ WAIKIKI; KEVIN KINERNEY; TORU YAMAMOTO; OKUDA TSUYOSHI; JOHN DOES 1-10; DOE ENTITIES 1-10<br><br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 18-00327 JAO-RLP<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>April 4, 2019<br><br>At 12 o'clock and 05 min p.m.<br>SUE BEITIA, CLERK |

[ ]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice pursuant to the "Findings and Recommendation to Dismiss This Action Without Prejudice", filed March 18, 2019, ECF No. 16 and the "Order Adopting Magistrate Judge's Findings and Recommendation", filed April 4, 2019, ECF No. 17.

| April 4, 2019 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by ET |
| | (By) Deputy Clerk |